# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ANTHONY GILETTO | : | |
| | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | No. 14-6742 |
| | : | |
| v. | : | |
| | : | **JURY TRIAL DEMANDED** |
| EICKHOFF SUPERMARKETS, INC., | : | |
| d/b/a SHOPRITE | : | |
| Defendant. | : | |

# PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

1. **Have you ever worked as a supervisor or manager?**

    a. When and where?

    b. In that capacity, were you ever accused of discriminating against an employee?

        i. If so, how was the complaint resolved?

    c. In that capacity, were you ever responsible for recording the number of hours an employee worked?

    d. In that capacity, were you ever responsible for determining whether an employee would be paid overtime?

    e. In that capacity, have you ever had an employee(s) claim that you failed to properly pay them wages?

        i. If so, how many employees?

        ii. Did he/she continue to work for your company?

        iii. When he/she returned to work, did it change your perception of that employee?

        iv. In your opinion, was the employees claims of failure to properly pay wages valid or did you believe the nature of the claim was fabricated?

    f. In that capacity did you have knowledge of employees working off the clock?

        i. Do you think if employees were working off the clock they should be paid overtime?

    g. Would your work as a supervisor or manager prevent you from fairly and impartially deciding this case?

2. **Have you ever been employed as a human resources employee or in a human resources office?**
    a. If so, where and when?
    b. In that capacity, were you ever responsible for recording the number of hours an employee worked?
    c. In that capacity, were you ever responsible for determining whether an employee would be paid overtime?
    d. In that capacity, did you receive any complaints of discrimination or retaliation?
    e. In that capacity, have you ever had an employee(s) claim that you failed to properly pay them wages?
        i. If so, how many employees?
        ii. Did he/she continue to work for your company?
        iii. When he/she returned to work, did it change your perception of that employee?
        iv. In your opinion, was the employees claims of failure to properly pay wages valid or did you believe the nature of the claim was fabricated?
    f. In that capacity did you have knowledge of employees working off the clock?
        i. Do you think if employees were working off the clock they should be paid overtime?
    g. Would your involvement working in human resources prevent you from fairly and impartially deciding this case?

3. **Have you ever owned your own business?**
    a. If so, what type of business was it?
    b. Were you responsible for determining the number of hours an employee worked on a daily basis?
    c. Were you responsible for determining whether an employee would be paid overtime?

    d. In that capacity, have you ever had an employee(s) claim that you failed to properly pay them wages?
   i. If so, how many employees?
   ii. Did he/she continue to work for your company?
   iii. When he/she returned to work, did it change your perception of that employee?
   iv. In your opinion, was the employees claims of failure to properly pay wages valid or did you believe the nature of the claim was fabricated.

    e. In that capacity did you have knowledge of employees working off the clock?
   i. Do you think if employees were working off the clock they should be paid overtime?

    f. Would your experience owning your own business affect your ability to be fair and impartial in this case?

Respectfully Submitted,

**KARPF, KARPF & CERUTTI, P.C.**

*/s/ Zachary J. Zahner*
Zachary J. Zahner, Esq.
3331 Street Road
Two Greenwood Square; Suite 128
Bensalem, PA 19020
215-639-0801
Attorney for Plaintiff

Date: January 24, 2017